IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE WILLIAM WATSON, SR.,

    Plaintiff,

    v.

DANE COUNTY CHILD SUPPORT
AGENCY, VALERIE BAILEY-RIHN,
RHODA RICCARDI, and CARLO
ESQUEDA,

    Defendants.

Case No. 22-cv-104-bbc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | March 21, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |